ACCEPTED
03-14-00523-CV
4922396
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/16/2015 4:03:03 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00523-CV**

**IN THE THIRD COURT OF APPEALS OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/16/2015 4:03:03 PM
JEFFREY D. KYLE
Clerk

**GEORGEINE MIKE KOROMPAY**
**Appellant**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC3 ASSET BACKED PASS THROUGH CERTIFICATES**
**Appellees**

**Appeal from the County Court at Law 1 Travis County, Texas**
**Trial Court No.  C-1-CV-14-003847**

**APPELLANT'S MOTION TO DISMISS**

David Rogers
Texas Bar No. 24014089
Law Office of David Rogers
1201 Spyglass Suite 100
Austin, TX 78746
Firm@DARogersLaw.com
Matthew Wilson
Texas Bar No. 24079588
Telephone: (512) 923-1836
Fax: (512) 201-4082
Fax: (512) 777-5988

ATTORNEYS FOR APPELLANT

No. 03-14-00523-CV

## IN THE THIRD COURT OF APPEALS OF TEXAS

**GEORGEINE MIKE KOROMPAY**
**Appellant**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE**
**FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-**
**NC3 ASSET BACKED PASS THROUGH CERTIFICATES**
**Appellees**

**Appeal from the County Court at Law 1 Travis County, Texas**
**Trial Court No.  C-1-CV-14-003847**

## APPELLANT'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE THIRD COURT OF APPEALS:

Comes now Appellant, Georgeine Mike Korompay, and files her motion to dismiss her appeal from Travis County Court at Law No. 1. The parties have agreed to a confidential settlement and release agreement that disposes of all claims in this matter. As such, Appellant no longer wishes to pursue this appeal and respectfully moves this court to dismiss her appeal and remove this case from the court's docket.

RESPECTFULLY SUBMITTED,

_/s/ David Rogers_____
DAVID ROGERS

Texas Bar No. 24014089
LAW OFFICE OF DAVID ROGERS
1201 Spyglass
Suite #100
Austin, TX 78746
Telephone: (512) 923-1836
Facsimile: (512) 777-5988
*Email:* Firm@DARogersLaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 15, 2015 all parties finished executing a settlement agreement, a condition of which is the filing of this motion. This motion is therefore filed as unopposed.

_/s/ David Rogers_____
DAVID ROGERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing motion was served upon counsel of record for Appellee via this court's ECF system on this 16th day of April, 2015.

Chris Ferguson
SBN 24069714
Jack O'Boyle & Associates
P.O.Box 815369
Dallas, TX 75381
(972) 247-0653
(972) 247-0642 [Facsimile]
Chris@jackoboyle.com

_/s/ David Rogers_____
DAVID ROGERS